UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                    NOTICE OF APPEARANCE AND
                                                          DEMAND FOR SERVICE OF PAPERS

     LEONARD PICARIELLO,                              CHAPTER 7

                                                          CASE NO. 11-11282-SHL
                  Debtor.

------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that pursuant to section 1109(b) of Title 11, United

States Code (the "Bankruptcy Code") and Rule 2002 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the undersigned requests on behalf of **CHATHAM**

**GREEN MANAGEMENT CORP.** a creditor in the above-captioned case, that all

notices given in this case and all papers served or required to be served in this case be

given to and served upon the following: **HANKIN & MAZEL, PLLC**, 7 Penn Plaza,

Suite 904, New York, New York 10001, (212) 349-1668.

     PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the
Bankruptcy Code, the foregoing demand includes the notices and papers referred to in
Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of
reorganization and objections thereto, notices of any orders, pleadings, motions,
applications, complaints, demands, hearings, requests, petitions, disclosure statements,
answering or reply papers, memoranda and briefs in support of any of the foregoing and
any other document brought before this Court with respect to these proceedings, whether
formal or informal, whether written or oral, and whether transmitted or conveyed by mail,
delivery, telephone, Facsimile or other electronic means.

Dated: New York, New York          HANKIN & MAZEL, PLLC
       April 25, 2011

                                   BY: /s/ Mark L. Hankin_____
                                   MARK L. HANKIN, ESQ.
                                   Attorneys for Chatham Green Management Corp.
                                   7 Penn Plaza, Suite 904
                                   New York, New York 10001
                                   (212) 349-1668
                                   (212) 227-7317 (fax)